IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDALL L. FLATFORD, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 06-CV-365-JHP-FHM |
| TOM GIBSON, | ) ) ) |
| Defendant. | ) ) |

## ORDER

On July 14, 2006, Plaintiff, a prisoner appearing *pro se*, submitted for filing a "motion for TRO and/or Preliminary Injunction" (Dkt. # 1). By Order filed July 20, 2006 (Dkt. # 2), the Court directed Plaintiff to file a complaint and to either pay the full $350 filing fee or file a motion for leave to proceed *in forma pauperis*. The Order established a deadline of August 21, 2006, for compliance. Plaintiff was advised that "[f]ailure to comply with this Order may result in the dismissal of this action without prejudice and without further notice." See id.

To date, Plaintiff has failed to cure the filing fee deficiency and has failed to file a complaint as ordered by the Court. The deadline for compliance has passed. Therefore, as a result of Plaintiff's failure to comply with the Court's Order, filed July 20, 2006, this action shall be dismissed without prejudice.

**ACCORDINGLY, IT IS HEREBY ORDERED** that this action is **dismissed without prejudice** for failure to comply with the Court's Order filed July 20, 2006.

DATED THIS 13th day of September 2006.

James H. Payne
United States District Judge
Northern District of Oklahoma